1  Jeremy Pasternak, Esq. (SBN: 181618)
   jdp@pasternaklaw.com
2  Maria-Theresa Peralta, Esq. (SBN: 293162)
   tp@pasternaklaw.com
3  **LAW OFFICES OF JEREMY PASTERNAK**
4  445 Bush Street, 6th Floor
   San Francisco, CA 94108
5  Telephone: (415) 693-0300
   Facsimile:  (415) 693-0393
6
   Attorneys for Plaintiff
7  DORIS KING

8  THEODORA R. LEE, Bar No. 129892
   tlee@littler.com
9  KAI-CHING CHA, Bar No. 218738
   kcha@littler.com
10 **LITTLER MENDELSON, P.C.**
   650 California St., 20th Flr.
11 San Francisco, CA 94108
   Telephone: (415) 433-1940
12 Facsimile: (415) 399-8490

13 Attorneys for Defendants
   TOTAL RENAL CARE INC., DAVITA
14 HEALTHCARE PARTNERS INC. and
   THE DAVITA COLLECTION, INC.
15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18                          **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 19 DORIS KING, an individual | Case No. 14-CV-00367-JD |
| 20             Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 21       v. | Honorable James Donato |
| 22 DAVITA HEALTHCARE PARTNERS INC., a Delaware corporation; TOTAL RENAL CARE, | Complaint Filed: 01/24/14 |
| 23 INC., a California corporation; and TOTAL RENAL CARE INC., a California corporation; | |
| 24 and DOES 1-20, | |
| 25             Defendants. | |

Case No. C13-4158 EDL (NC)

1  Plaintiff Doris King and Defendant Davita Healthcare Partners Inc., et al (the "parties")
2  hereby stipulate and agree as follows:
3  This action shall be dismissed in its entirety, with prejudice, with each party to bear its
4  own attorneys' fees and costs.
5
6  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
7  DATED:  August 13, 2014          Respectfully submitted,
8                                    LAW OFFICES OF JEREMY PASTERNAK
9
10                                   By: */s/ Jeremy Pasternak*
11                                         JEREMY PASTERNAK
12                                   Attorney for Plaintiff
                                     Doris King
13
14  DATED:  August 13, 2014          LITTLER MENDELSON, P.C.
15
16
17                                   By: */s/ Kai-Ching Cha*
                                         KAI-CHING CHA
18                                   Attorney for Defendant
                                     TOTAL RENAL CARE INC., DAVITA
19                                   HEALTHCARE PARTNERS INC. and
                                     THE DAVITA COLLECTION, INC.
20
21  Attestation: Pursuant to Civil L.R. 5-1 (i)(3) regarding signatures, I, Kai-Ching Cha,
22  hereby attest that concurrence in the filing of this document has been obtained from Jeremy
23  Pasternak.
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _8/14/14

_____
James Donato
United States District Court Judge

Firmwide:128418356.1 068812.1014